UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Chateau Restoration, LLC**
3205 South Cherokee Lane
Woodstock, GA 30188

27–3416913

Case No.: **17–61325–lrc**
Chapter: **7**
Judge: **Lisa Ritchey Craig**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

Lisa Ritchey Craig
United States Bankruptcy Judge

Dated:  September 12, 2019
Form 184